NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GIFT OF LIFE ADOPTIONS,                )
                                        )
              Petitioner,               )
                                        )
v.                                      )        Case No. 2D18-100
                                        )
S.R.B.,                                 )
                                        )
              Respondent.               )
_____    )

Opinion filed May 23, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Pinellas County; Kathleen
Hessinger, Judge.

Timothy M. Beasley, Pinellas Park,
for Petitioner.

Ita M Neymotin, Regional Counsel,
Second District, and Ngozi C. Acholonu,
Assistant Regional Counsel, Office of
Regional Conflict Counsel, Clearwater,
for Respondent.


PER CURIAM.


              Dismissed.


KELLY, MORRIS, and LUCAS, JJ., Concur.